UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

Wayne Chapple,

                Plaintiff,                            20 Civ. 10173 (CS) (AEK)

  -against-                               **ORDER**

Commissioner of Social Security,

                Defendant.
---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      On December 4, 2020, the Court filed its Standing Order, In Re: Motions for Judgment on the Pleadings in Social Security Cases, pursuant to which Defendant is to file the certified transcript of administrative proceedings within 90 days of being served with the complaint.  ECF No. 5.  Because no proof of service has been filed by Plaintiff, the Court does not know when the 90-day period for filing the certified transcript expires.  Accordingly, Plaintiff is directed to file proof of service forthwith, and to notify the Court if the 90-day period has expired without Defendant's filing of the certified transcript.

Dated: February 9, 2021
       White Plains, New York

                                            **SO ORDERED.**

                                         _____
                                         ANDREW E. KRAUSE
                                         United States Magistrate Judge